# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FELICIA CRIER** | **CIVIL ACTION NO.  2:25-cv-01733** |
| **VERSUS** | **JUDGE:  JAY C. ZAINEY** |
| **USAA CASUALTY INSURANCE COMPANY** (in its capacity as uninsured / underinsured motorist coverage insurer) | **MAGISTRATE JUDGE: JANIS VAN MEERVELD** |

## RULE 12(b)(5) MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes Defendant, USAA Casualty Insurance Company (hereinafter "USAA"), who, pursuant to Federal Rule of Civil Procedure 12(b)(5), respectfully moves this Honorable Court for an order of dismissal of the above-captioned matter, with prejudice, for insufficient service of process.

Plaintiff failed to make a proper request for service of process on this Defendant until more than 90 days after her state court Petition was filed, in violation of Louisiana Code of Civil Procedure Article 1201(C).   Louisiana law controls the questions of whether service was proper and mandates dismissal of Plaintiff's claims against Defendant.   La. C.C.P. Art. 1672(C).

**WHEREFORE**, Defendant, USAA Casualty Insurance Company, prays that its Rule 12(b)(5) Motion to Dismiss be granted, and that all claims asserted by Plaintiff against Defendant be dismissed, without prejudice, and at Plaintiffs' sole cost.

Respectfully submitted:

**ADAMS HOEFER HOLWADEL, LLC**

     */s/   Kyle M. Truxillo*
**D. RUSSELL HOLWADEL (#16975)**
Email:   drh@ahhelaw.com
**KYLE M. TRUXILLO (#38920)**
Email:   kmt@ahhelaw.com
400 Poydras Street, Suite 2450
New Orleans, Louisiana   70130
Telephone:   (504) 581-2606
Facsimile:    (504) 525-1488
***Attorneys for Defendant, USAA Casualty Insurance Company***

## CERTIFICATE OF SERVICE

I certify that, on this 27th day of October 2025, the undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

     *s/Kyle M. Truxillo*
     **KYLE M. TRUXILLO**