# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FELICIA CRIER** ) | CIVIL ACTION NO.   2:25-cv-01733 |
| ) | |
| ) | |
| **VERSUS** ) | JUDGE:   JAY C. ZAINEY |
| ) | |
| **USAA CASUALTY INSURANCE** ) | |
| **COMPANY (in its capacity as** ) | MAGISTRATE JUDGE: |
| ) | JANIS VAN MEERVELD |
| **uninsured / underinsured motorist** ) | |
| **coverage insurer)** ) | |
| ) | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE**, that the *Rule 12(b)(5) Motion to Dismiss* filed by Defendant, USAA Casualty Insurance Company, is hereby set for submission before Judge Jay C. Zainey on November 26, 2025 at 10:30 a.m.

                                                        Respectfully submitted:

                                                        **ADAMS HOEFER HOLWADEL, LLC**

                                                           */s/   Kyle M. Truxillo*
                                                       **D. RUSSELL HOLWADEL (#16975)**
                                                       Email:   drh@ahhelaw.com
                                                       **KYLE M. TRUXILLO (#38920)**
                                                       Email:   kmt@ahhelaw.com
                                                       400 Poydras Street, Suite 2450
                                                       New Orleans, Louisiana   70130
                                                       Telephone:   (504) 581-2606
                                                       Facsimile:   (504) 525-1488
                                                       ***Attorneys for Defendant, USAA Casualty***
                                                       ***Insurance Company***

## **CERTIFICATE OF SERVICE**

      I certify that, on this 15th day of October 2025, the undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

                      *s/Kyle M. Truxillo*
                      **KYLE M. TRUXILLO**